No JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LOPEZ LUIS,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SAM'S WEST, INC. ET AL.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-08056-RGK-JPRx<br><br>**ORDER DISMISSING DEFENDANTS FRANKIE MARTINEZ, RAUL RAZO AND JUAN RESENDIZ FOR LACK OF PROSECUTION** |

　　On July 26, 2024, Plaintiff filed his Complaint with the Ventura County Superior Court. On October 1, 2024, this Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [16] ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on defendants Frankie Martinez, Raul Razo and Juan Resendiz on or before October 3, 2024. No response to the OSC has been filed as of the date of this order.

　　The Court finds no good cause for the delay in service and orders defendants Frankie Martinez, Raul Razo and Juan Resendiz dismissed for lack of prosecution.

　　**IT IS SO ORDERED.**

Dated: 10/4/2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE